AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Willie Lawrence NELSON JR.

*Defendant(s)*

Case No. 6:24-mj-1361

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 30, 2024 in the county of Brevard in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 13 and Fl. Stat. 800.04 (7) | Knowingly exposed his genitals and masturbated in the presence of a minor child less than 16 years of age. |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

SA William Parks, FBI
*Printed name and title*

Sworn to before me over video conference and signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d)

Date: April 5, 2024

[signature]
*Judge's signature*

City and state: Orlando, FL

HONORBALE ROBERT M. NORWAY
*Printed name and title*

**STATE OF FLORIDA** **CASE NO. 6:24-mj-** 1361

**COUNTY OF ORANGE**

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLIANT**

I, William Parks, being duly sworn, do hereby depose and state as follows:

**PURPOSE OF AFFIDAVIT AND AFFIANT'S BACKGROUND**

1. This affidavit is submitted in support of a Criminal Complaint against Willie Lawrence NELSON JR. ("NELSON") for a violation of 18 U.S.C. § 13 (laws of states adopted for areas within federal jurisdiction) under Florida Statute 800.04(7) (lewd and lascivious exhibition). This affidavit sets forth evidence establishing probable cause that on or about March 30, 2024, in the Middle District of Florida, NELSON knowingly exposed his genitals and masturbated in the presence of a minor child less than 16 years of age.

2. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed for the past 4 years. I am currently assigned to the Tampa Division, Orlando Resident Agency of the FBI, and am part of the FBI Violent Crimes Against Children Task Force.

3. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers and cellular phones are used as the means for receiving, transmitting, and storing child pornography. I have investigated and

assisted in investigations involving the possession, receipt, distribution, and production of child pornography and investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2251(a) and (e), 2252, and 2252A. I have also participated in investigations of persons suspected of enticing minors, in violation of 18 U.S.C. § 2422(b).

4. I make this affidavit based on my experience and background as a law enforcement officer, including my experience with the FBI; my personal participation in the investigation; and information provided by other law enforcement officers and agency personnel. Unless otherwise stated, the information in this affidavit is either personally known to me, has been provided to me by other individuals, or is based on a review of various documents, records, and reports. Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not contain every fact known by me or the United States. The dates listed in this Affidavit should be read as "on or about" dates.

**STATUTORY AUTHORITY**

5. The Assimilative Crimes Act, 18 U.S.C. § 13, makes state law applicable to conduct occurring on lands reserved or acquired by the Federal government as provided in 18 U.S.C. § 7(3), when the act or omission is not made punishable by an enactment of Congress. Pursuant to Florida State Statute § 800.04(7)(a) and (b), "[a] person who: 1. Intentionally masturbates; 2. Intentionally exposes the genitals in a lewd or lascivious manner; or 3. Intentionally commits any other sexual act that does not involve actual physical or sexual contact with the

victim, including, but not limited to, sadomasochistic abuse, sexual bestiality, or the simulation of any act involving sexual activity, in the presence of a victim who is less than 16 years of age, commits lewd or lascivious exhibition," which for offenders 18 years of age or older is a second degree felony punishable by up to 15 years in prison.

**STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE**

6. On or about March 30, 2024, an emergency 911 call was made to Brevard County Dispatch by a mother, who reported that an adult male wearing black shorts, a white baseball cap, and no shirt, exposed his genitals and masturbated in the presence of the mother's 11-year old daughter ("CV") and attempted to convince the CV to go behind the bathrooms in Parking Lot No. 7 near Playalinda Beach inside Canaveral National Seashore National Park. The mother of the CV utilized her cellphone device to capture images and videos of the adult male, until law enforcement arrived on scene.

7. Previously, the CV informed her mother that as she was sitting on the side of the boardwalk, she noticed an adult male peeking from behind the restrooms where they had recently parked their vehicle. The CV stated that the adult male made motions to get her attention, although she attempted to look away. The CV stated that the adult male stepped out from behind the restrooms, at which point he pulled down his black shorts, exposing his penis in her direction.

8. The CV stated that the adult male then used both of his hands to masturbate his penis, before stepping back behind the restrooms. The CV stated that

the adult male continued to peek from behind the restroom blowing kisses at her and made gestures indicating his attempt to get her to come behind the restrooms.

9. National Park Service ("NPS") U.S. Rangers, Brevard County Sheriff's Office ("BCSO") officers, and officers from Kennedy Space Center Protective Services responded to the scene, at which point the mother of the CV provided a photograph that she had taken of the adult male suspect, that was sent out to other responding law enforcement units. The adult male suspect fled on foot from law enforcement through dunes, brush, and water.

10. An extensive search of the area ensued that included law enforcement aircraft and K9 tracking, which ultimately resulted in the adult male suspect being located, detained, and taken to Parking Lot No. 8 for the CV and her mother to make identification. The mother and the CV returned to their vehicle and were instructed by an NPS U.S. Ranger to follow the patrol vehicle to do a drive by viewing of the detained adult male suspect. The mother and the CV initially indicated to the NPS U.S. Rangers that NELSON, who discarded his white baseball cap during his flight, exposing his long hair, was not the adult male suspect.

11. After speaking to NPS U.S. Rangers again and being shown additional photographs of NELSON, the mother and the CV confirmed that NELSON was in fact the suspect. The mother explained that she and the CV had been confused because the adult male's hair was visible and he was no longer wearing the baseball cap. I have been able to positively identify NELSON as the individual videotaped by the CV's mother immediately after the incident near the bathrooms through a

comparison of NELSON's body type, features, and distinct shorts that he was wearing.

12. BCSO utilized law enforcement equipment to assist NPS in identifying the adult male suspect as Willie Lawrence Nelson Jr. (NELSON), date of birth, XX/XX/1987.

## FORENSIC INTERVIEW OF CV

13. On April 5, 2024, the CV was interviewed at the Howard Phillips Center for Children and Families. During the interview the CV was able to positively identify the person in the photograph and videos taken by the CV's mother as the person that was touching his private parts in front of her and gesturing her to come over to him.

## CONCLUSION

14. Based on the foregoing, I submit that there is probable cause that on or about March 30, 2024, while in Brevard County, in the Middle District of Florida, WILLIE LAWRENCE NELSON JR., knowingly exposed his genitals and masturbated in the presence of a minor child less than 16 years of age, in violation of 18 U.S.C. § 13 (laws of states adopted for areas within federal jurisdiction) and Florida Statute 800.04(7)(a) (lewd and lascivious exhibition).

Respectfully submitted,

William Parks
Federal Bureau of Investigation
Special Agent

Affidavit submitted by email and attested to me
as true and accurate via video conference,
consistent with Fed. R. Crim. P. 4.1 and 4(d)(3), before me
this __5th__ day of April, 2024.

ROBERT M. NORWAY
United States Magistrate Judge